Commonwealth *v.* Williams, Appellant.

Submitted June 15, 1973. *Mary Bell Hammerman,* for appellant; *James T. Ranney* and *Milton M. Stein,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth ex rel. Allen *v.* Allen, Appellant.

Argued June 14, 1973. *S. Richard Klinges, III,* for appellant; *Joseph J. Zapitz,* with him *Curtin and Heefner,* for appellee.

Order affirmed.

Commonwealth ex rel. Reddy, Appellant, *v.* Aytch.

Argued June 14, 1973. *Burton Rose,* with him *A. Charles Peruto,* and *Lorch, Ryan, Peruto & Vitullo,* for appellant; *J. Philip Paul,* Assistant District Attorney, with him *James T. Ranney* and *Milton M. Stein,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Orders affirmed.